FILED
April 22, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_Michael Trujillo\_\_\_\_
DEPUTY

Civil Action No. EP22CV0130

| | | |
|---|---|---|
| Erik Salaiz | § | IN THE UNITED STATES DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| VS. | § | FOR THE WESTERN DISTRICT OF TEXAS |
| | § | |
| Equisolar, Inc. | § | |
| Defendant. | § | EL PASO DIVISION |

## DECLARATION OF SERVICE

"The following came to hand on **Apr 18, 2022, at 1:25pm**,

**Summons in a Civil Action &**
**the Plaintiff's Original Complaint,**

and was executed at **5900 Balcones Dr Ste 100, Austin TX 78731** within the county of **Travis** at **4:02pm** on **Thu, Apr 21, 2022**, by delivering a true copy to the within named

**Equisolar, Inc. by delivering to their Registered Agent: REGISTERED AGENTS, INC.**
**Accepted by Brittany Buzzbee**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **John Lawrence**, my date of birth is **12/29/1973**, and my address is **4804 Edge Creek Dr, Austin, TX 78744**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Travis** County, State of **Texas**, on **Apr 21, 2022**.

John Lawrence
Certification Number: PSC-15777
Certification Expiration: 1/31/2023